# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLIOT HOGAN** | **CIVIL ACTION** |
| **VERSUS** | |
| **TIM HOOPER, ET AL.** | **NO.: 16-00875-BAJ-RLB** |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 7)** and the **Motion for Appointment of Counsel (Doc. 5)** filed by Elliot Hogan ("Plaintiff"). In the Report, the Magistrate Judge recommends that (1) Plaintiff's claims be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and (2) Plaintiff's Motion for Appointment of Counsel (Doc. 5) be denied as moot. (*See* Doc. 7 at p. 6).

The Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 7 at p. 1). Although Plaintiff submitted untimely objections to the Report and Recommendation,[1] (*see* Doc. 8), the Court conducted a *de novo* review of the record and all related filings.

---

[1] The Magistrate Judge issued the Report and Recommendation on May 25, 2017, and therein notified Plaintiff that any objections were due by June 8, 2017. (Doc. 7 at p. 1). Plaintiff did not file his objections until June 15, 2017, seven days after the deadline for objections had passed, nor did Plaintiff provide any explanation for his tardy submission. (*See* Doc. 8).

Having carefully considered Plaintiff's Complaint, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and hereby **ADOPTS** as its own the findings of fact, conclusions of law, and recommendations.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Tim Hooper, Veranica Hardeman, and the Elayn Hunt Correctional Center ("Defendants") are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the **Motion for Appointment of Counsel (Doc. 5)** filed by Plaintiff is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 16th day of August, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**